Otis BALLARD v. STATE. (No. 7904.) (Court of Criminal Appeals of Texas. Nov. 7, 1923.) Appeal from District Court, Titus County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. Conviction is for theft, with an assessed punishment of two years in the penitentiary. It is now made to appear by proper affidavits that since the appeal to this

court was taken accused had died, having been killed on September 24, 1923. The appeal is therefore abated.